■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHINES KENNEDY, Appellant.— Judgment unanimously affirmed. Memorandum: We

find no merit to matters raised by this appeal from a judgment of conviction entered February 19, 1942. (*People* v. *Nixon*, 21 N Y 2d 338, 352.) On the issue of lack of minutes, see *People* v. *Halko* (37 A D 2d 916). (Appeal from judgment of Erie County Court convicting defendant of grand larceny, second degree, *nunc pro tunc* as of February 2, 1942.) Present — Goldman, P. J., Del Vecchio, Moule, Cardamone and Henry, JJ.